# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2295
LT Case No. 2006-CF-018285-A

_____

RASHEEM D. DUBOSE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Rasheem D. Dubose, Jasper, pro se.

No Appearance for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., BOATWRIGHT, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————